**Roy O. Eustrom and F. H. Sinclair, trading as Eustrom & Sinclair, Appellees, v. Northern Pacific Railway Company, Appellant.**

### Gen. No. 23,187.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FRANK H. GRAHAM, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed. Opinion filed November 30, 1917.

### Statement of the Case.

Action by Roy O. Eustrom and F. H. Sinclair, co-partners, trading as Eustrom & Sinclair, plaintiffs, against the Northern Pacific Railway Company, a corporation, defendant, to recover the value of live stock lost in transit. From a judgment for plaintiff for $48, defendant appeals.

J. A. CONNELL and S. F. BLANC, for appellant.

W. W. HOOVER and JOHN MILMINE, for appellees.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

CARRIERS—*when not liable for loss of hogs due to sale by caretaker riding free on train and caring for hogs.* A railroad company is not liable for the loss of hogs through their being sold while being shipped by one designated by the shipper as caretaker of the hogs in transit and permitted by the railroad company to ride free on the train with the shipment to feed and water the hogs.